**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL GLEN SHAMBLIN,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FRAN RALEY, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. CV F 05-0500 OWW LJO<br><br>**ORDER TO: (1) SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT; OR (2) TO PAY $350 FILING FEE** |

Plaintiff Samuel Glen Shamblin ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff filed his form complaint and an application to proceed in forma pauperis when he was incarcerated at the Fresno County jail. Given that plaintiff has been moved to a new correctional facility, he must either: (1) file a fully completed Application To Proceed In Forma Pauperis By A Prisoner ("application") with required information regarding his current prisoner account, required signatures and a certified copy of his prisoner account statement; (2) pay the $350 filing fee; or (3) inform this Court that he no longer wishes to proceed with this action. *See* 28 U.S.C § 1915(a)(2).

Accordingly, this Court ORDERS:

1. This Court's clerk to send to plaintiff a form Application To Proceed In Forma Pauperis By A Prisoner; and

2. Plaintiff, no later than August 17, 2006, either to: (1) submit a fully completed Application To Proceed In Forma Pauperis By A Prisoner with all required information,

signatures and a certified copy of his prisoner account statement for the preceding six-month period; (2) pay the $350 filing fee for this action; or (3) inform the Court that plaintiff no longer wishes to proceed with this action.

**Failure to timely comply with this order will result in a recommendation to dismiss this action. This Court will take no action on plaintiff's claims or papers until he complies with this order.**

IT IS SO ORDERED.

**Dated:   July 13, 2006**              /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE