# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF



JAN 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

| | |
|---|---|
| SAMUEL GLEN SHAMBLIN, | No. 07-15013 |
| Plaintiff - Appellant, | D.C. No. CV-05-00500-OWW |
| v. | |
| FRAN RALEY; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: PLAINTIFF FAILED TO FILE A COGNIZABLE COMPLAINT AFTER LEAVE TO AMEND.

_____
Judge
United States District Court

Date: 1-12-07