# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GLEN SHAMBLIN, | CASE NO. 1:05-cv-00500-OWW-LJO |
| Plaintiff, | ORDER STRIKING AMENDED COMPLAINT |
| v. | (Doc. 30) |
| FRAN RALEY, et al., | |
| Defendants. | |

    This civil rights action was dismissed on November 27, 2006, without prejudice. (Docs. 22, 23.) Plaintiff filed a notice of appeal on December 18, 2006, which was dismissed by the Ninth Circuit on May 3, 2007, for failure to prosecute. (Docs. 24, 29.) On June 4, 2007, plaintiff filed an amended complaint. (Doc. 30.)

    This action is closed, and plaintiff may not file an amended complaint. Accordingly, plaintiff's amended complaint is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 12, 2007**           /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE